UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE BROWN, | : | CIVIL ACTION NO. |
|     Plaintiff, | | |
| VS. | : | 3:11-cv-00714 (JCH) |
| IVAN J. CLAYTON, et al. | | |
|     Defendants. | : | MAY 6, 2012 |

**MOTION FOR SANCTIONS AS TO ATTORNEY BETSY EDWARDS**

Pursuant to Rule 37(a)(4) and (5) of the Federal Rules of Civil Procedure and Local Rule 37, the plaintiff hereby moves this Court for Sanctions against counsel for defendant Officer Clayton, Attorney Betsy Edwards for her conduct at the deposition of defendant Clayton on May 4, 2012.

A Memorandum of Law in support of this Motion is attached hereto.

Wherefore, plaintiff George Brown respectfully requests that the Court grant this Motion and order the relief requested herein.

1

**Plaintiff, George Brown**

By:    /s/ *Sally A. Roberts*
Sally A. Roberts (ct24828**)**
Law Office of Sally A. Roberts, LLC
11 Franklin Square
New Britain, CT 06051
Tel:  860.384.6701
Fax:  860.920.5233
Cell:  860.328.0767
sallyroberts@sallyrobertslegal.com
His Attorney

**CERTIFICATION**

    This is to certify that on May 6, 2012, a copy of the foregoing **Motion for Sanctions** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Betsy A. Edwards, Esq.
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604
Tel:  203.576.7647
Fax:  203.576.8252
Email: Betsy.Edwards@bridgeportct.gov
*Attorney for all defendants*

    *Sally A. Roberts*
Sally A. Roberts (ct24828)

2