Civil- (Dec-2008)

HONORABLE: __Fitzsimmons__
DEPUTY CLERK __Jainlan__  RPTR/ECRO/TAPE __Torretti__
TOTAL TIME: ____ hours __30__ minutes
DATE: __5/31/2012__  START TIME: __10:31__  END TIME: __11:01__
__5/31/2012__ LUNCH RECESS  FROM: ____ TO: ____
RECESS (if more than ½ hr)  FROM: ____ TO: ____

CIVIL NO. __3:11CV714 JCH__

__Brown__                              __Sally Roberts__
                                       Plaintiff's Counsel
vs
__Clayton__                            __Betsy Edwards__
                                       Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☒ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☒.....# __34__ Motion __For Sanctions__           ☐ granted ☐ denied ☒ advisement
☒.....# __35__ Motion __For Protective Order__    ☐ granted ☐ denied ☒ advisement
☒.....# __36__ Motion __For Sanctions__           ☐ granted ☐ denied ☒ advisement
☐.....# ____ Motion ____                          ☐ granted ☐ denied ☐ advisement
☐.....# ____ Motion ____                          ☐ granted ☐ denied ☐ advisement
☐.....# ____ Motion ____                          ☐ granted ☐ denied ☐ advisement
☐.....# ____ Motion ____                          ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion ____                           ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion ____                           ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion ____                           ☐ granted ☐ denied ☐ advisement
☐..... Oral Motion ____                           ☐ granted ☐ denied ☐ advisement
☐..... ☐ Briefs(s) due ____  ☐ Proposed Findings due ____ Response due ____
☐........... ____                                 ☐ filed ☐ docketed
☐........... ____                                 ☐ filed ☐ docketed
☐........... ____                                 ☐ filed ☐ docketed
☐........... ____                                 ☐ filed ☐ docketed
☐........... ____                                 ☐ filed ☐ docketed
☐........... ____                                 ☐ filed ☐ docketed
☐........... ____ Hearing continued until ____ at ____