United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/7/14 20
Roberta D. Tabora, Clerk
By_____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE BROWN,
    Plaintiff,

v.

IVAN J. CLAYTON,
    Defendant.

CIVIL ACTION NO.
3:11-CV-00714 (JCH)

JANUARY 7, 2014

## VERDICT FORM

1. **Liability**

    Has George Brown proven by a preponderance of the evidence that Officer Ivan Clayton caused a violation of Mr. Brown's constitutional right by use of excessive force?

    Yes _____ No ___✓___

**If you answered "Yes" to Question 1, please continue to Question 2. If you answered "No," skip Question 2 and have the Foreperson sign the Verdict Form.**

2. **Damages**

    (a) What amount of compensatory damages has Mr. Brown proven were proximately caused by Officer Clayton's use of excessive force?

    $_____

    **Answer Question 2(b) only if you find that Mr. Brown has not proven an entitlement to compensatory damages and thus have placed a zero ("0") in the answer to Question 2(a). If you placed a number greater than zero in the answer to Question 2(a), skip Question 2(b) and proceed to Question 2(c).**

    (b) What amount of nominal damages do you award for injuries caused by Officer Clayton's use of excessive force?

    $_____

    (c) Do you find that any of Officer Clayton's acts that violated Mr. Brown's constitutional right were done with malice or reckless indifference to Mr. Brown's constitutional right?

Yes _____  No _____

**If you answered "Yes" to Question 2(c), answer Question 2(d). If you answered "No," skip Question 2(d) and have the Foreperson sign the Verdict Form.**

(d) What, if any, amount of punitive damages do you award to Mr. Brown against Officer Clayton due to Officer Clayton's use of excessive force?

$_____

**You have now completed the Verdict Form for George Brown. Please have your Foreperson sign and date below.**

/s/ _____
FOREPERSON

Dated at New Haven, Connecticut, on this 7th day of January, 2014.